# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Lawrence Day,

    Plaintiff

v.

USAA General Indemnity Company,

    Defendant

Case No.: 2:25-cv-00273-CDS-BNW

**Order**

    Defendant United Services Automobile Association dba USAA notes that it is erroneously named in this action and, the proper defendant is USAA General Indemnity Company. ECF Nos. 2, 5. The Clerk of Court is kindly directed to update the docket to reflect the defendant as USAA General Indemnity Company. Accordingly, its certificate of interested parties is properly filed.

Dated: March 5, 2025

_____
Cristina D. Silva
United States District Judge