1  Mary E. Bacon, Esq.
   (NV Bar No. 12686)
2  **SPENCER FANE LLP**
   300 S. Fourth Street, Suite 1600
3  Las Vegas, Nevada 89101
   Telephone: 702.408.3400
4  Facsimile: 702.938.8648
   Email: mbacon@spencerfane.com
5
   *Attorneys for USAA General*
6  *Indemnity Company*

7

8              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
9

10
    **LAWRENCE DAY**,                    Case No. 2:25-cv-00273-CDS-BNW
11
                  Plaintiff,
12                                        **STIPULATION AND ORDER TO**
                                          **EXTEND DISCOVERY DEADLINES**
13   vs.                                  **(*SECOND* REQUEST)**

14  **USAA GENERAL INDEMNITIY**
    **COMPANY**,
15
                  Defendants.
16

17       Defendant USAA General Indemnity Company ("USAA GIC") and Plaintiff Lawrence

18  Day ("Day" or "Plaintiff" and together with USAA GIC collectively referred to as the "Parties"),

19  by and through their respective undersigned counsel, hereby stipulate and agree to extend the

20  Discovery Deadlines. This is the Parties' *second* requested extension of the deadlines.

21       **A.  DISCOVERY THAT HAS BEEN COMPLETED**

22       The Parties have made initial disclosures and Defendant has subpoenaed Plaintiff's

23  medical providers. The parties have also exchanged written discovery and are actively engaged in

24  settlement discussions with **mediation scheduled for August 7, 2025**. Further, Plaintiff intends

25  on filing a motion to add parties to this action. The Parties have met and conferred and have

26  agreed to extend discovery by 5-weeks to accommodate further settlement discussions. The

27  parties agree that continuing settlement discussion is a better use of resources instead of motion

28  work and additional discovery.

**B. DISCOVERY REMAINING**

1. Written discovery
2. Deposition discovery
3. Expert discovery
4. All other discovery allowed under FRCP 26.

**C. REASONS DEADLINES CANNOT BE SATISFIED**

Good cause exists to grant the requested deadline. The parties have engaged in good faith settlement discussions and are scheduled to **mediate this case on August 7, 2025**. Plaintiff intends to file a motion to amend the Complaint to add a party. However, the deadline to add or amend parties was July 18, 2025. Rather than file a motion that may be unnecessary, which would trigger briefing deadlines and/or extensions, the parties respectfully request a short extension of the discovery deadlines to focus on case resolution instead of litigation.

**D. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Amend Pleadings and Add Parties | 07/18/25 | **8/22/25** |
| Initial Expert Disclosure | 08/18/25 | **9/22/25** |
| Rebuttal Expert Disclosure | 09/16/25 | **10/21/25** |
| Close of Discovery | 10/16/25 | **11/20/25** |
| Dispositive Motion | 11/17/25 | **12/22/25** |

**E. CURRENT TRIAL DATE**

A trial has not been set.

This request is made in good faith and not for the purpose of delay.

Dated this _____ day of _____ 2025.

DE 10242598.1

| | |
|---|---|
| **CONFIDENCE LEGAL** | **SPENCER FANE LLP** |
|    */s Troy K. Flake* |  Mary E. Bacon |
| Jordan M. Flake, Esq. | Mary E. Bacon, Esq. |
| (NV Bar No. 10583) | (NV Bar No. 12686) |
| Troy K. Flake, Esq. | 300 S. Fourth Street, Suite 1600 |
| (NV Bar No. 16859) | Las Vegas, NV 89101 |
| 8905 S. Pecos Rd., Ste. 23B | *Attorneys for USAA General Indemnity Company* |
| Henderson, NV 89074 | |
| *Attorneys for Plaintiff* | |

## ORDER

_____
U.S. Magistrate Judge

DATED: 7/25/2025

- 3 -

DE 10242598.1